```
                                          FILED
                                   CLERK, U.S. DISTRICT COURT

                                         9/30/25

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY: ____MRV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00792-AH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer; 18 U.S.C. § 752(a): Instigating and Assisting Escape; 18 U.S.C. § 1501: Obstructing, Resisting, and Opposing a Federal Officer] |
| CEASER SALVADOR SIGALA, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about September 7, 2025, in Los Angeles County, within the Central District of California, defendant CEASER SALVADOR SIGALA intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim R.R., an employee of Homeland Security Investigations, and, in doing so, made physical contact with R.R., while R.R. was engaged in, and on account of, the performance of R.R.'s official duties.

COUNT TWO

[18 U.S.C. § 752(a)]

On or about September 7, 2025, in Los Angeles County, within the Central District of California, defendant CEASER SALVADOR SIGALA knowingly rescued, instigated, aided, and assisted the escape of A.B. during A.B.'s arrest pursuant to a federal arrest warrant for a felony offense issued under the laws of the United States in Central District of California case number 2:25-mj-05520, and in so doing, A.B. in fact escaped from the custody of R.R., an agent of the Department of Homeland Security, Homeland Security Investigations.

COUNT THREE

[18 U.S.C. § 1501]

[CLASS A MISDEMEANOR]

On or about September 7, 2025, in Los Angeles County, within the Central District of California, defendant CEASER SALVADOR SIGALA did knowingly and willfully obstruct, resist, and oppose an officer of the United States, namely, R.R., an agent of the Department of Homeland Security, Homeland Security Investigations, and other persons duly authorized, in serving, executing, and attempting to serve and execute legal process of a court of the United States, namely, a federal arrest warrant issued in Central District of California case number 2:25-mj-05520.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

RAHUL R.A. HARI
Assistant United States Attorney
General Crimes Section

3