|   |   |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
|   | Federal Public Defender |
| 2 | LAURA PAUL (Bar No. 329386) |
|   | (E Mail: Laura_Paul@fd.org) |
| 3 | Deputy Federal Public Defender |
|   | 321 East 2nd Street |
| 4 | Los Angeles, California 90012-4202 |
|   | Telephone: (213) 894-2854 |
| 5 | Facsimile: (213) 894-0081 |

Attorneys for Defendant
CEASER SALVADOR SIGALA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00792-AH |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION TO RELIEVE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT CJA COUNSEL; DECLARATION OF LAURA PAUL** |
| v. | |
| CEASER SALVADOR SIGALA, | |
| Defendant. | |

Defense counsel hereby moves ex parte for an order relieving the Office of the Federal Public Defender and Appointing CJA Counsel for Mr. Sigala. This application is based on the files and records of this case and the attached Declaration of Laura Paul.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 2, 2025     By  */s/ Laura Paul*
                                LAURA PAUL
                                Deputy Federal Public Defender
                                Attorney for CEASER SALVADOR SIGALA

1

**DECLARATION OF COUNSEL**

I, LAURA PAUL, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. On September 10, 2025, the Federal Public Defender was appointed to represent Ceaser Salvador Sigala at his initial appearance, and I was assigned to represent him on September 11, 2025.

3. On October 1, 2025, Chief Deputy Federal Public Defender Amy Karlin informed me that, because of a concurrent representation, there is a conflict with our continued representation of Mr. Sigala. She directed me to file an Ex Parte Application for an order relieving the Federal Public Defender as counsel of record and appointing CJA counsel.

4. On October 2, 2025, I contacted Rahul Hari, the assigned Assistant United States Attorney on this case, about this conflict, and he takes no position on this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2025, at Los Angeles, California.

*/s/ Laura Paul*            .
LAURA PAUL
Deputy Federal Public Defender

2